JS-6

1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Litigation Counsel, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
   Special Assistant United States Attorney
7  Office of the General Counsel
8  Social Security Administration
9  6401 Security Boulevard
10 Baltimore, MD 21235
   Telephone: (510) 970-4861
11 Email: Jennifer.Tarn@ssa.gov

12
13 Attorneys for Defendant

14               UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
16                    EASTERN DIVISION

17 BRIAN JOSEPH BRAYMAN,          )  No. 5:24-cv-02407-BFM
                                  )
18                                )  **JUDGMENT**
                                  )
19      Plaintiff,                )
                                  )
20         v.                     )
                                  )
21 LELAND DUDEK,                  )
   Acting Commissioner of Social Security,[1] )
22                                )
                                  )
23      Defendant.                )
                                  )
24 ───────────────────────────────)

25

26 ─────────────────────
   [1] Leland Dudek became the Acting Commissioner of Social Security on February 16,
27 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek
   should be substituted for Michelle King as the defendant in this suit. No further action
28 need be taken to continue this suit by reason of the last sentence of section 205(g) of
   the Social Security Act, 42 U.S.C. § 405(g).

1

2

3      The Court having approved the parties' stipulation to remand this case pursuant

4  to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that

5  stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for

6  Plaintiff.

7

8  DATED: 2/19/2025

9                      HONORABLE BRIANNA FULLER MIRCHEFF
                        UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28