Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
BRIAN JOSEPH BRAYMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIAN JOSEPH BRAYMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 5:24-cv-02407-BFM<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,033.26 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: March 21, 2025

/s/
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE